FILED
CHARLOTTE, NC

JUL 18 2023

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 5:23-cr-28-RJC |
| ) | |
| v. ) | **BILL OF INDICTMENT** |
| ) | |
| ) | Violation: 18 U.S.C. § 922(g)(1) |
| HASSAN JAMIL FISHER ) | |

## THE GRAND JURY CHARGES:

### COUNT ONE
*(Possession of a Firearm by a Felon)*

On or about February 5, 2023, in Iredell County, within the Western District of North Carolina, the defendant,

**HASSAN JAMIL FISHER,**

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is: a Glock, model 17, 9mm pistol in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 18 U.S.C. § 924 and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 924 and/or Section 2461(c): all firearms and ammunition involved or used in the violations set forth in this bill of indictment.

The Grand Jury finds probable cause that the following property is subject to forfeiture on one or more of the grounds set forth above: Glock, model 17, 9mm pistol serial #BMSR575 and ammunition seized on February 5, 2023 during this investigation.

A TRUE BILL

FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

ERIC A. FRICK
SPECIAL ASSISTANT UNITED STATES ATTORNEY