# NEW CRIMINAL CASE COVER SHEET

## U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ☐ YES  ☉ NO

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

**DOCKET NUMBER:** 5:23-cr-28-RJC

| | |
|---|---|
| **CASE NAME** | :US vs HASSAN JAMIL FISHER |
| **COUNTY OF OFFENSE** | MECKLENBURG COUNTY |
| **RELATED CASE INFORMATION** | Pending SRV in 3:16-CR-00279-RJC-DCK |
| *Magistrate Judge Case Number* | |
| *Search Warrant Case Number* | |
| *Miscellaneous Case Number* | |
| *Rule 20b* | |
| **SERVICE OF PROCESS** | ARREST WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*  ☐ Petty  ☐ Misdemeanor  ☉ Felony

18. U.S.C. 922(g)(1)

**JUVENILE:**  ☐ Yes  ☉ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** | ERIC FRICK |
| **VICTIM/WITNESS COORDINATORS:** | SHIRLEY RUTLEDGE |
| **INTERPRETER NEEDED** | No |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving)